01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09

UNITED STATES OF AMERICA,    )  Case No. MJ08-515
      )

10

    Plaintiff,     )
      )

11

   v.      )  ORDER DENYING STIPULATED
      )  MOTION TO EXTEND TIME TO

12

JAMES P. PITMAN,    )  FILE INDICTMENT
      )

13

    Defendant.   )
_____ )

14      On December 8, 2008, the parties to the above-captioned matter filed a Joint Motion to

15 Extend Time to File Information or Indictment Under the Speedy Trial Act. Dkt. No. 8. The

16 motion argued that granting a continuance would satisfy the "ends of justice" by providing

17 the parties additional time to review discovery materials, investigate the facts, negotiate a plea

18 and calculate potential restitution obligations. In addition, they argued that failure to grant the

19 extension would deny defendant and the government the right to have a reasonable amount of

20 time to prepare. *Id.*

21      Congress, however, "did not intend the 'ends of justice' exclusion to be granted as a

22 matter of course but rather [intended it] to be used sparingly and only when necessary."

23 *United States v. Lewis*, 980 F.2d 555, 560 (9th Cir. 1992) (internal citations omitted). Hence,

24 an "ends of justice" exclusion may be granted only for a specific duration when "justified [on

25 the record] with reference to the facts as of the time the delay is ordered." *United States v.*

26 *Ramirez-Cortez*, 213 F.3d 1149, 1154 (9th Cir. 2000). Generalized assertions that the "ends

01 | of justice" will be satisfied by the granting of a continuance are insufficient. *Id.* at 1154-55.

02 |      Here, the parties have provided no evidence sufficient to justify granting a

03 | continuance. Instead, they have alluded to the fact that calculation of restitution complicates

04 | plea negotiations, and asserted that a continuance would satisfy the ends of justice. These

05 | assertions are insufficient to justify a continuance. The parties' motion is therefore DENIED.

06 |      DATED this 9th day of December, 2008.

07

08 | _____
JAMES P. DONOHUE

09 | United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -2